UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAPHAEL ZIEGLER,

               Plaintiff,

-against-

COUNTY OF ROCKLAND,

               Defendant.

**ORDER**

25-CV-02713 (PMH)

PHILIP M. HALPERN, United States District Judge:

On August 4, 2025, the parties each filed Rule 26 Disclosures (Doc. 15; Doc. 16). The Court does not permit the parties to file discovery materials on the docket.

Accordingly, the Court respectfully directs the Clerk of Court to strike the Rule 26 disclosures docketed on August 4, 2025 (Doc. 15; Doc. 16) from the docket but retain the summary docket text for the record.

Dated: White Plains, New York
       August 5, 2025

                                                  Philip M. Halpern
                                                  United States District Judge