UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAPHAEL ZIEGLER,

                          Plaintiff,

        -against-

COUNTY OF ROCKLAND,

                          Defendant.

**ORDER**

25-CV-02713 (PMH)

PHILIP M. HALPERN, United States District Judge:

On November 26, 2025, Defendant filed a Request for Admissions (Doc. 23) and a Response to Discovery Demands (Doc. 24).

As the Court previously explained in its August 5, 2025 Order striking the parties' Rule 26 disclosures (Doc. 17), the Court does not permit the parties to file discovery materials on the docket.

Accordingly, the Court respectfully directs the Clerk of Court to strike the Request for Admissions and Response to Discovery Demands docketed on November 26, 2025 (Doc. 23; Doc. 24) from the docket but retain the summary docket text for the record.

Dated: White Plains, New York
       December 1, 2025

_____
Philip M. Halpern
United States District Judge