UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAPHAEL ZIEGLER,

Plaintiff,

-against-

COUNTY OF ROCKLAND,

Defendant.

**ORDER**

25-CV-02713 (PMH)

PHILIP M. HALPERN, United States District Judge:

Discovery in this matter ended on December 22, 2025. (Doc. 13; Doc. 19). The time to move for summary judgment expired, pursuant to Fed. R. Civ. P. 56(b), on January 21, 2026. Although the time to file a joint pretrial order pursuant to the Court's Individual Practices Rule 6(A) passed on January 21, 2026, the Court *sua sponte* extends that deadline *nunc pro tunc* to March 9, 2026 and directs that all of the materials required under Rules 6(A) and 6(B) shall be submitted by March 9, 2026.

Dated: White Plains, New York
       February 2, 2026

_____
Philip M. Halpern
United States District Judge