

**Bell Law Group, PLLC**

116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

March 31, 2026

**VIA CM/ECF**

Honorable Philip M. Halpern, U.S.D.J.
U.S. District Court, S.D.N.Y.
Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, NY 10601

> Application granted. The final pretrial conference scheduled for May 26, 2026 is adjourned to June 9, 2026 at 2:30 p.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> March 31, 2026

**Re:** *Ziegler v. County of Rockland*
**Civil Case No.: 25-cv-02713 (PMH)**

Dear Judge Halpern:

We represent Plaintiff Raphael Ziegler in the above-referenced matter. We are in receipt of the Court's March 31, 2026, Order scheduling a final pretrial conference in this matter on May 26, 2026, before Your Honor. We write today to advise the Court that undersigned counsel will be out of the country from May 26th through June 5th on a prescheduled international trip.

To that end, we respectfully request a brief adjournment of the final pre-trial conference, to a date after counsel's return and mutually agreeable with the Court and opposing counsel. Undersigned is available the week of June 8th, as well as, the week of June 18th.

We thank Your Honor for the Court's kind and courteous consideration herein.

Respectfully submitted,

**BELL LAW GROUP, PLLC**

Adam P. Grogan, Esq.
*Attorneys for Plaintiff*
116 Jackson Avenue
Syosset, New York 11791
(516) 280-3008
apg@belllg.com

cc: All Parties via CM/ECF