UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAPHAEL ZIEGLER,

                          Plaintiff,

              -against-

COUNTY OF ROCKLAND,

                          Defendant.

**ORDER**

25-CV-02713 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff demanded a jury trial pursuant to Federal Rule of Civil Procedure 38(b)(1) in his Complaint. (Doc. 1 at 10). The parties reaffirmed that this case was to be tried by a jury in the Civil Case Discovery Plan and Scheduling Order. (Doc. 13 ¶ 2). On February 2, 2026, March 4, 2026, and March 31, 2026, the Court entered orders specifying the pretrial materials required to be submitted by April 17, 2026 by reference to Individual Practice Rules 6(A) and 6(B). (*See* Docs. 30, 32, 37). On April 17, 2026, however, Plaintiff filed Proposed Findings of Fact and Conclusions of Law—which are only applicable in non-jury cases—and neither party filed proposed joint *voir dire* questions, joint requests to charge, or a joint verdict form—all of which are required in cases to be tried to a jury.

Accordingly, the parties are directed to file the materials required by Individual Practice Rule 6(B)(i) no later than May 4, 2026.

                          **SO ORDERED:**

Dated:   White Plains, New York
         April 20, 2026

                          _____
                          PHILIP M. HALPERN
                          United States District Judge