UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAPHAEL ZIEGLER,

                    Plaintiff,

              -against-

COUNTY OF ROCKLAND,

                  Defendant.

**ORDER**

25-CV-02713 (PMH)

PHILIP M. HALPERN, United States District Judge:

On April 21, 2026, the Court directed Defendant to file opposition to the proposed findings of fact and conclusions of law in compliance with the Court's Individual Practice Rule 6(C)(iii) by April 24, 2026. (Doc. 46). On April 24, 2026, Defendant filed "Responses and Objections" which include some responses in compliance with the Court's Rule 6(C)(iii) (Doc. 49 at 10-36), but do not respond to all of the proposed findings of fact and conclusions of law; and include new proposed findings of fact and conclusions of law to which Plaintiff has not yet responded (Doc. 49 at 1-10).

The parties are directed to meet and confer and revise the proposed findings of fact and conclusions of law such that each proposed finding of fact (which should be detailed and cite whenever possible to evidence expected to be presented at trial) is set forth in a consecutively numbered paragraph and followed by a response by the party opposing that fact; and each proposed conclusion of law (which should include a statement of the elements of each claim for relief or defense) likewise is set forth in a consecutively numbered paragraph and followed by a response by the party opposing that conclusion of law. These revised proposed findings of fact and conclusions of law shall be filed by May 12, 2026.

SO ORDERED:

Dated:    White Plains, New York
          April 28, 2026

PHILIP M. HALPERN
United States District Judge