

**HARRIS BEACH MURTHA**
ATTORNEYS AT LAW

107 ELM STREET, FOUR STAMFORD PLAZA
11TH FLOOR
STAMFORD, CT 06902
203.653.5400

May 8, 2026

**VIA ECF**

Honorable Philip M. Halpern, U.S.D.J.
U.S. District Court, S.D.N.Y.
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, NY 10601

> Application for a two-week extension to filed revised proposed findings of fact and conclusions of law is granted. The revised submission is due May 26, 2026.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         May 11, 2026

 Re:    **Ziegler v. County of Rockland**
        **25-cv-02713 (PMH)**

Dear Judge Halpern:

   We represent Defendant, County of Rockland, in the above case, and write on behalf of both Plaintiff and Defendant. Following the parties' submissions of their proposed joint pre-trial order, and their respective pre-trial materials, the Court issued an Order, dated April 28, 2026 [Doc. 50], directing the parties to "meet and confer and revise the proposed findings of fact and conclusions of law." Although the Court is requesting that the proposed findings and conclusions be revised, the parties are unclear about the Court's directive that they meet and confer in order to do so, particularly since the Court did not initially require the parties to file joint findings of fact and conclusions of law. In addition, the differences between the parties in their proposed factual findings and conclusions of law relate more to their legal positions, which lead to a difference of opinion regarding the relevance of certain facts, whether or not those facts are disputed.

   Accordingly, we respectfully request guidance from the Court on its requirement that the parties meet and confer, and we request an extension of time from May 12, 2026, to May 26, 2026, to submit materials in accordance with the Court's April 28 Order. Moreover, if the Court determines that a conference to discuss this and/or other issues is warranted, the parties will welcome it.

   We thank the Court for its attention to this matter.

Respectfully Submitted,

Salvatore G. Gangemi

447357\4936-0325-4440\