UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAPHAEL ZIEGLER,

                    Plaintiff,                          **ORDER**

          -against-                                    25-CV-02713 (PMH)

COUNTY OF ROCKLAND,

                    Defendant.

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared in person for a pre-motion and final pretrial conference on June 9, 2026. The Court reviewed the procedural background of the case and, on consent of the parties, converted Defendant's anticipated Rule 12(h)(3) motion into a motion for summary judgment dismissing the First Claim for Relief.

For the reasons set forth in detail on the record and law cited therein, the Court granted summary judgment to Defendant dismissing the First Claim for Relief. The Court declined to exercise supplemental jurisdiction over the remaining state law claims and therefore dismissed the Second through Fifth Claims for Relief without prejudice.

See Transcript.

The Clerk of Court is respectfully requested to enter judgment in favor of Defendant and close this case.

                              **SO ORDERED:**

Dated:   White Plains, New York
         June 9, 2026

                              _____
                              PHILIP M. HALPERN
                              United States District Judge