**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
 RAPHAEL ZIEGLER,

                         Plaintiff,

         -against-                             25 **CIVIL** 2713 (PMH)

                                              **JUDGMENT**

COUNTY OF ROCKLAND,

                        Defendant.
---------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 9, 2026, the Court granted summary judgment to Defendant dismissing the First Claim for Relief. The Court declined to exercise supplemental jurisdiction over the remaining state law claims and therefore dismissed the Second through Fifth Claims for Relief without prejudice. Judgment is entered in favor of Defendant; accordingly, the case is closed.

**Dated:** New York, New York

       June 10, 2026

                                      **TAMMI M. HELLWIG**
                                _____
                                      **Clerk of Court**

                      **BY:**         K. mango
                                  _____
                                        **Deputy Clerk**